Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRACY E. HAMPTON, an individual;<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION LLC, a foreign limited-liability company;<br><br>Defendant. | Case No.: 2:17-cv-02316-RFB-GWF<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION LLC** |

Plaintiff, Tracy E. Hampton and Defendant, Trans Union LLC ("Trans Union") have reached an agreement in principle to resolve this action as to Trans Union only. Plaintiff and Trans Union anticipate that settlement documents will be finalized within the next thirty (30) days.

///

///

///

///

///

///

///

///

///

///

Page 1 of 3

Therefore, Plaintiff and Trans Union request that the Court vacate all pending deadlines and filing requirements as to Trans Union. Plaintiff and Trans Union further request that the Court set a deadline thirty (30) days from today for either dismissing this action between Plaintiff and Trans Union with prejudice or filing a joint status report regarding settlement.

| Dated: October 26, 2017 | Dated: October 26, 2017 |
|---|---|
| **LAW OFFICE OF**<br>**KEVIN L. HERNANDEZ** | **LEWIS BRISBOIS BISGAARD**<br>**& SMITH LLP** |
| */s/ Kevin L. Hernandez*<br>Kevin L. Hernandez, Esq.<br>Nevada Bar No. 12594<br>2510 Wigwam Parkway, Suite 206<br>Henderson, Nevada 89074<br>kevin@kevinhernandezlaw.com<br>*Attorney for Plaintiff* | */s/ Jason G. Revzin*<br>Jason G. Revzin, Esq.<br>Nevada Bar No. 8629<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>jason.revzin@lewisbrisbois.com<br>*Attorneys for Defendant Trans Union LLC* |

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION LLC** was electronically served to the following parties:

Jason G. Revzin, Esq.
**LEWIS BRISBOIS BISGAARD**
**& SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
jason.revzin@lewisbrisbois.com
*Attorneys for Defendant Trans Union LLC*

Dated: October 26, 2017

*/s/ Caesy Morales*                          .
An Employee of the Law Office of Kevin L. Hernandez