Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRACY E. HAMPTON, an individual;<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION LLC, a foreign limited-liability company;<br><br>Defendant. | Case No.: 2:17-cv-02316-RFB-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ACTION BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION LLC WITH PREJUDICE** |

Plaintiff, Tracy E. Hampton ("Plaintiff"), and Defendant, Trans Union LLC ("Trans Union") (collectively referred to as the "Parties") have resolved all claims, disputes, and differences between the Parties;

///

///

///

///

///

///

///

///

///

///

Law Office of Kevin L. Hernandez
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
(702) 563-4450 FAX: (702) 552-0408

Law Office of Kevin L. Hernandez
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
(702) 563-4450 FAX: (702) 552-0408

1    Therefore, the Parties, by and through their respective attorneys of record, and subject to

2  the court's approval, respectfully request dismissal of the above-captioned matter with prejudice

3  under FRCP 41(a) as to the action between Plaintiff and Trans Union, with Plaintiff and Trans

4  Union bearing their own attorneys' fees and costs incurred in this action.

5  Respectfully Submitted.

6  Dated: November 9, 2017                          Dated: November 9, 2017

7  **LAW OFFICE OF**                               **LEWIS BRISBOIS BISGAARD**
   **KEVIN L. HERNANDEZ**                           **& SMITH LLP**
8

9  */s/ Kevin L. Hernandez*                         */s/ Jason G. Revzin*_____
   Kevin L. Hernandez, Esq.                         Jason G. Revzin, Esq.
   Nevada Bar No. 12594                             Nevada Bar No. 8629
10 2510 Wigwam Parkway, Suite 206                   6385 S. Rainbow Boulevard, Suite 600
   Henderson, Nevada 89074                          Las Vegas, Nevada 89118
11 kevin@kevinhernandezlaw.com                      jason.revzin@lewisbrisbois.com
   *Attorney for Plaintiff*                         *Attorneys for Defendant Trans Union LLC*
12

13    <u>**ORDER OF DISMISSAL WITH PREJUDICE AS TO ACTION BETWEEN PLAINTIFF
      AND DEFENDANT TRANS UNION LLC**</u>
14
       Pursuant to the stipulation of the Parties under FRCP 41(a), the action between Plaintiff
15
16 and Trans Union is dismissed with prejudice, and the Parties will bear their own attorneys' fees

17 and costs incurred in this action.

18                                        **IT IS SO ORDERED:**

19

20                                        _____
                                          RICHARD F. BOULWARE, II
21                                        United States District Judge

22                                        DATED this 13th day of November, 2017.

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing **STIPULATION AND ORDER FOR DISMISSAL OF ACTION BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION LLC WITH PREJUDICE** was electronically served to the following parties:

Jason G. Revzin, Esq.
**LEWIS BRISBOIS BISGAARD**
**& SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
jason.revzin@lewisbrisbois.com
*Attorneys for Defendant Trans Union LLC*

Dated: November 9, 2017

*/s/ Caesy Morales* .
An Employee of the Law Office of Kevin L. Hernandez

Law Office of Kevin L. Hernandez
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
(702) 563-4450 FAX: (702) 552-0408